IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
**NOTIVAZ, INC.**                )
    a Delaware Corporation,      )
                                 )
**Plaintiff,**                   )
                                 )   Civil Action: 3:16-cv-00546
**v.**                           )
                                 )
**SWIRL NETWORKS, INC.**         )
    a Delaware Corporation,      )
                                 )
**Defendant.**                   )
_____)

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 and Civil Local Rule's Order Re: Disclosure Statement, Plaintiff, Novitaz, Inc. ("Novitaz") hereby certifies that the following nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns more 10% or more of its stock:

None.

Furthermore, Novitaz hereby certifies that the following persons, associations of persons, firms, partnerships, corporations (including parents corporations) or other entities (i) have a financial interested in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interested in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

None.

Date: April 12, 2016   */s/ Woodrow H. Pollack*
Woodrow H. Pollack, ct29409
GrayRobinson, P.A.
401 E. Jackson Street
Suite 2700
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 (facsimile)
woodrow.pollack@gray-robinson.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2016 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack